IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| PRINCE S. DANIELS, | ) | |
| Plaintiff, | ) ) ) | Case No. 2:06CV00034 |
| v. | ) ) | **FINAL JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | By: James P. Jones Chief United States District Judge |
| Defendant. | ) ) | |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The motions for summary judgment by the plaintiff and the Commissioner of Social Security ("Commissioner") are **denied**;

3. The final decision of the Commission is **vacated**;

4. The case is **remanded** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further evaluation of the requirements of the plaintiff's past relevant work and whether he can return to that work either as performed or as performed generally in the national economy; and

5. The clerk is directed to close the case.

ENTER: August 10, 2007

Chief United States District Judge